IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 14-51689 |
| | § | Chapter 13 |
| RAYMOND GARCIA FLORES | § | |
| *Debtor* | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN (#27)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Selene Finance, L.P. as mortgage servicer for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 ("Selene"), by its counsel, and based on the amended Plan filed on September 29, 2014 (Docket No. 29) withdraws its Objection to Chapter 13 Plan filed September 18, 2014 (Docket No 27).

Respectfully submitted,

_____
Grant M. Tabor
State Bar No. 24027905
SHAPIROSCHWARTZ, LLP
13105 NW FREEWAY, SUITE 1200
Houston, Texas 77040
Telephone: (713) 933-1509
Facsimile: (847) 879-4854
Email: gburks@logs.com

*Attorneys for, Selene Finance, L.P. as mortgage servicer for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served via ECF/CM electronic notice on October 1, 2014 as follows:

<u>U.S. Mail</u>
RAYMOND GARCIA FLORES
2121 MCKINLEY
SAN ANTONIO, TX 78210
*DEBTOR*

<u>ECF/CM</u>
J. TODD MALAISE
MALAISE LAW FIRM
909 NE LOOP 410, SUITE 300
SAN ANTONIO, TX 78209
*ATTORNEY FOR DEBTOR*

<u>ECF/CM</u>
MARY K. VIEGELAHN
10500 HERITAGE BLVD
SUITE 201
SAN ANTONIO, TX 78216
*CHAPTER 13 TRUSTEE*

<u>ECF/CM</u>
OFFICE OF THE US TRUSTEE
615 E. HOUSTON STREET, SUITE 533
SAN ANTONIO, TX 78205
*UNITED STATES TRUSTEE*

_____
Grant M. Tabor